**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ANIBAL MEDELL FLEITES,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al.,

Respondent.

Case No.: 26cv4373 DMS (MMP)

**ORDER REQUESTING STATUS**

In the Return to the Petition, Respondents stated Petitioner was scheduled for a bond hearing on August 28, 2026. (Return at 2.) The Court requests a joint status report from the parties on whether that hearing was held, and if so, the outcome. The parties shall file their report on or before **September 16, 2026**.

**IT IS SO ORDERED**.

Dated: September 9, 2026

Hon. Dana M. Sabraw
United States District Judge